# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Stephens, | No. CV-25-01650-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| American Arbitration Association Incorporated, | |
| Defendant. | |

At issue is the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (First Request) (Doc. 8). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (First Request) (Doc. 8). Defendant has until **July 18, 2025**, to file its answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

Dated this 13th day of June, 2025.

Honorable John J. Tuchi
United States District Judge