Susan Mary Rotkis, AZ Bar No. 032866
**CONSUMER JUSTICE LAW FIRM**
2290 East Speedway Boulevard
Tucson, AZ 85719
T: (602) 807-1504
E: srotkis@consumerjustice.com

David A. Chami, AZ Bar No. 027585
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
E: dchami@consumerjustice.com

*Attorneys for Plaintiff*
*Stephanie Stephens & the Putative Class*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Stephens, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>American Arbitration Association, Inc.,<br><br>Defendant. | Case No.: 2:25-cv-01650-PHX-JJT<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT** |

Plaintiff Stephanie Stephens, *individually and on behalf of all others similarly situated,* by and through undersigned counsel and pursuant to Local

Rule 15.1(b), hereby gives notice of filing the attached First Amended Complaint.

The attached First Amended Complaint indicates the way in which the First Amended Complaint differs from the original Complaint by underlining the text that was added and striking through the text that was deleted.

Dated: June 18, 2025,   */s/ Susan Mary Rotkis*
Susan Mary Rotkis, AZ Bar No. 032866
**CONSUMER JUSTICE LAW FIRM**
2290 East Speedway Boulevard
Tucson, AZ 85719
T: (602) 807-1504
E: srotkis@consumerjustice.com

David A. Chami, AZ Bar No. 027585
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
E: dchami@consumerjustice.com

Benjamin Sheridan, WV Bar No. 11296
Jed Nolan, WV Bar No. 11296
*admitted pro hac vice*
**KLEIN & SHERIDAN, LC**
3566 Teays Valley Road
Hurricane, WV 25526
T: (304) 562-7111
E: ben@kleinsheridan.com
   jed@kleinsheridan.com

*Attorneys for Plaintiff Stephanie Stephens & the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart