# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Stephens,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>American Arbitration Association Incorporated,<br><br>　　　　　Defendant. | No. CV-25-01650-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Second Request) (Doc. 12). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Second Request) (Doc. 12). Defendant has until **July 22, 2025**, to file its answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 11).

Dated this 17th day of July, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge