Justin Bernick (Admitted *Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
justin.bernick@hoganlovells.com

Joshua Grabel (AZ State Bar No. 018373)
Eric Bryce Kessler (AZ State Bar No. 032182)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5046
jgrabel@dickinsonwright.com
bkessler@dickinsonwright.com

***Attorneys for Defendant American Arbitration Association, Inc.,***

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Stephens; Joelle Nole; William Hilton; and Eugenie Balogun, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>American Arbitration Association, Inc.,<br><br>Defendant. | Case No.: 2:25-CV-01650-PHX-JJT<br><br>**NOTICE OF CERTIFICATE OF CONFERRAL** |

Defendant American Arbitration Associations, Inc. ("AAA") files, concurrently with its Motion to Stay Discovery, this Notice of Certificate of Conferral, confirming that the parties have conferred in a manner consistent with Local Rule 7.2(j) regarding the issues raised in the Motion to Stay Discovery, and were unable to resolve the issues. AAA's counsel emailed Plaintiffs' counsel on July 25, 2025, requesting that the parties agree to stay discovery

- 1 -

and disclosure obligations until this Court rules on AAA's potentially case dispositive Motion to Dismiss [Dkt. 14], and that the parties submit a joint motion to that effect. Plaintiffs' counsel responded that same day by refusing the request.

  RESPECTFULLY SUBMITTED this 11th day of August, 2025.

           **DICKINSON WRIGHT PLLC**

           By: */s/ Joshua Grabel*
           Joshua Grabel (AZ Bar No. 018373)
           1850 North Central Avenue, Suite 1400
           Phoenix, AZ 85004
           (602) 285-5000
           (844) 670-6099
           jgrabel@dickinsonwright.com

           **HOGAN LOVELLS US LLP**
           Justin Bernick (Admitted *Pro Hac Vice*)
           555 Thirteenth Street, N.W.
           Washington, DC 20004-1109
           (202) 637-5600
           justin.bernick@hoganlovells.com

           ***Attorney for Defendant American Arbitration Association, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of August, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Joshua Grabel