# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Stephens,<br><br>        Plaintiff,<br><br>v.<br><br>American Arbitration Association Incorporated,<br><br>        Defendant. | No. CV-25-01650-PHX-JJT<br><br>**ORDER** |

At issue is Defendant's Motion to Stay Discovery (Doc. 19), which Defendant reports Plaintiffs oppose. The Court finds good cause to stay the start of discovery until the Court resolves the pending Motion to Dismiss (Doc. 14). Accordingly,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Stay Discovery (Doc. 19). Discovery in this matter is stayed until the Court enters an Order resolving the pending Motion to Dismiss (Doc. 14).

Dated this 12th day of August, 2025.

Honorable John J. Tuchi
United States District Judge