**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephanie Stephens, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>American Arbitration Association Incorporated,<br><br>Defendant. | No. CV-25-01650-PHX-JJT<br><br>**ORDER** |

Pursuant to 28 U.S.C. Section 636(b)(1)(A), **IT IS ORDERED** referring to United States Magistrate Judge M. Bridget Minder for resolution the discreet matter of the discovery dispute embodied in the parties' Joint Statement of Discovery Dispute (Doc. 48). Judge Minder shall not be bound by the discovery dispute resolution process the undersigned outlined as his personal preference in the Scheduling Order entered in this matter (Doc. 34), and shall order and conduct proceedings to address the dispute as she determines appropriate.

Dated this 20th day of October, 2026.

Honorable John J. Tuchi
United States District Judge